UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANA ARGUETA,

    Plaintiff,

    v.

OM SAI RAM, INC., *d/b/a Bethesda Market*,
VIJAY MHERA,
SONOO CHANDAR,
HARI KISHAN MHERA and
MEENA MHERA,

    Defendants.

Civil Action No. TDC-20-0589

## ORDER

Upon review of the submitted materials, the Court approves the settlement as fair and reasonable. The case is hereby DISMISSED WITH PREJUDICE.

The Clerk shall close this case.

Date: October 19, 2021

THEODORE D. CHUANG
United States District Judge